**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Tomas Martin Diaz                                  Case No: 19-20402-LMI

                                                          Chapter 13

_____Debtor(s)_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)    ☒    No further action is necessary.

2)    The following actions have been taken:

      ☐    The debtor has filed an objection to the proof of claim filed by _____.

      ☐    The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

      ☐    Other: _____
           _____
           _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on  May 20, 2020  .

                              Submitted by:
                              **ROBERT SANCHEZ, P.A.**
                              Attorney for Debtor
                              355 W 49th Street
                              Hialeah, FL 33013
                              Tel. (305) 687-8008

                              By:/s/Robert Sanchez
                               Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)